

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00651-CV

**L.D. BRINKMAN INVESTMENT CORPORATION**, L.D. Brinkman Jr., Pamela Brinkman
Stone and Charles Thomas,
Appellants

v.

Kathleen Sparrow **BRINKMAN**, Individually and as Executor of the Estate of Lloyd D.
Brinkman, Deceased,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16331B
Honorable Rex Emerson, Judge Presiding

# O R D E R

On November 4, 2016, appellant L.D. Brinkman Investment Corporation filed a "Notice of Substitution of Lead Counsel," asking this court to substitute John W. Carlson of the Carlson Law Firm as counsel for L.D. Brinkman Investment Corporation. Kathleen S. Brinkman, on behalf of L.D. Brinkman Investment Corporation, contends that current counsel, Thomas & Blackwood, LLP and A. William Arnold III & Associates, P.C., has been discharged as lead counsel. The change in counsel was approved by appellee, Kathleen S. Brinkman, who pursuant to the trial court's temporary injunction, is apparently currently serving as President of the corporation. Prior to the issuance of the injunction, Ms. Brinkman was not in charge of the corporation; rather, appellants L.D. Brinkman Jr. and Pamela Brinkman Stone were in charge. In response, counsel for the remaining appellants – who is also counsel for the corporation at this time – filed a letter in this court advising that Mr. Carlson filed a motion in the trial court to substitute as counsel for the corporation. Appellants have opposed that motion and to date, the trial court has not rendered an order with regard to the motion to substitute counsel. Accordingly, they have asked that we defer acting on the notice to substitute lead counsel until such time as the trial court rules on the opposed motion to substitute.

After review, we **ORDER** the notice of substitution of lead counsel **ABATED**, pending action on the motion to substitute counsel in the trial court. Accordingly, this court will not substitute Mr. Carlson as lead counsel nor remove current counsel at this time. We **ORDER** the trial court to rule on the pending motion to substitute lead counsel and prepare an order

memorializing its ruling on or before November 21, 2016. We further **ORDER** the trial court clerk to prepare a supplemental clerk's record with the order on the motion to substitute counsel included therein and file it in this court within five days of the date the ordered is rendered.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel, including Mr. John W. Carlson.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court